AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ **DISTRICT OF** _Columbia_

**FILED**

FEB 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

_Salvador Diaz_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _08-011-m-01_

I, _Salvador Diaz_, charged in a (complaint) (petition) pending in this District with _Conspiracy to produce fraudulent I.D. Documents_ in violation of Title _18_, U.S.C., _1028 (a)(2)(c)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_SALVADOR D. [signature]_
Defendant

_2/6/08_
Date

_[signature]_
Counsel for Defendant