UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-011-M-01 |
| | : | |
| **v.** | : | |
| | : | |
| **SALVADOR DIAZ,** | : | |
| Defendant. | : | |

**JOINT MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests the Court to reschedule the status hearing. In support of its opposition, the government submits the following:

1. On February 4, 2008, after defendant waived his right to a preliminary hearing, Magistrate Judge Alan Kay scheduled a status hearing for February 22, 2008.

2. On February 22, 2008, Magistrate Judge Kay granted defendant's oral motion to exclude 38 days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. The parties explained that additional time was required to explore the possibility that this case may be disposed without the necessity of presenting the matter to the grand jury. Thereafter, a status hearing was scheduled for April 1, 2008 before Magistrate Judge Deborah Robinson.

3. Due to scheduling conflicts, the parties have been unable to meet to discuss a pre-indictment disposition of the matter.

4. The parties are scheduled to meet on April 1, 2008, and therefore, seek a continuance of the status hearing until the following week. Both parties are available on April 9, 2008 at

1:30p.m.

    WHEREFORE the parties jointly request a continuance of the status hearing from April 1, 2008 to April 9, 2008 at 1:30p.m. The parties also jointly request the Court find that the interests of justice will be served by excluding an additional seven days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

        Respectfully submitted,

        JEFFREY A. TAYLOR  
        D.C. Bar No.498610  
        United States Attorney for  
        the District of Columbia

By: _____/s/_____  
        SUSAN B. MENZER  
        ELLEN CHUBIN EPSTEIN  
        Assistant United States Attorneys  
        555 4th Street, N.W.  
        Washington, D.C. 20530  
        (202)514-6968  
        Susan.Menzer@usdoj.gov  
        Ellen.Chubin@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 08-011-M-01** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SALVADOR DIAZ,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 1, 2008 to April 9, 2008,

IT IS HEREBY ORDERED that, a the status hearing is rescheduled for April 9, 2008 at 1:30 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, seven additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this _____ day of _____, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE