UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-011-M-01 |
| | : | |
| v. | : | FILED |
| | : | |
| SALVADOR DIAZ, | : | MAR 2 6 2008 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 1, 2008 to April 9, 2008,

IT IS HEREBY ORDERED that, a the status hearing is rescheduled for April 9, 2008 at 1:30 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, seven additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this _26_ day of _March_, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE