UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-011-M-01 |
| v. | : | **FILED** |
| SALVADOR DIAZ, | : | APR 2 - 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 9, 2008 to May 2, 2008,

IT IS HEREBY ORDERED that, the status hearing is rescheduled for May 2, 2008 at 3:00 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, twenty-four (24) additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act

SO ORDERED this 2nd day of April, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE

cc:   Ellen Chubin Epstein
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C. 20530